■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN CATALANO, Appellant. (Appeal from Judgment of Erie County Court, Drury, J.—Violation of Probation.) Present—Denman, P. J., Doerr, Boomer, Pine and Balio, JJ.